# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-3500
Lower Tribunal No. CF23-002202-XX

_____

CAMERON ANTHONY HOLDER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Michelle O. Pincket, Judge.

August 6, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL, J., and LAMBERT, B.D., Associate Judge, concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED